```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHEILA GRAHAM, | : | CIVIL ACTION |
| | : | NO. 11-239 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| MORAN FOODS, INC., | : | |
| | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW,** this **18th** day of **May, 2012,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED.**

    **AND IT IS SO ORDERED.**

                                      s/Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO, J.**